UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
No. 7:23-cv-01618-KS

EMILY FAITH LEFFEW,

        Plaintiff,

-v-

COMMISSIONER OF SOCIAL SECURITY,

        Defendant.

-------------------------------------------------------------

Order Awarding Attorney's Fees
pursuant to the Equal Access to Justice Act,
28 U.S.C. § 2412(d)

    Before the Court is the Unopposed Motion of Plaintiff, Emily Faith Leffew, for an award of attorney's fees pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412(d). Based on the pleadings as well as recognizing Plaintiff's waiver of direct payment and assignment of EAJA to her counsel,

    **IT IS HEREBY ORDERED** that attorney fees in the amount of Six Thousand Nine Hundred Seventeen Dollars and Thirty-Eight Cents ($6,917.38) pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412(d), and Four Hundred Two Dollars and Zero Cents ($402.00) under 28 U.S.C. § 1920, are awarded to Plaintiff. *Astrue v. Ratliff*, 130 S.Ct. 2521 (2010).

    If the U.S. Department of the Treasury determines that Plaintiff's EAJA fees are not subject to offset allowed under the Department of the Treasury's Offset Program (TOPS), payment shall be delivered either electronically or by mail to Olinsky Law Group.

So ordered.

Date: 7/7/2025

Hon. Kimberly A. Swank
United States Magistrate Judge